1  McGREGOR W. SCOTT
   United States Attorney
2  BOBBIE J. MONTOYA
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814-2322
4  Telephone: (916) 554-2700
   Fax:  (916) 554-2900
5  MARY P. PARNOW, CSBN # 174980
   Special Assistant U.S. Attorney
6  333 Market Street, Suite 1500
   San Francisco, CA 94105
7  Telephone:  (916) 977-8943
   Fax:  (415) 744-0134
8
   Attorneys for Defendant
9
                 IN THE UNITED STATES DISTRICT COURT
10
              FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12  DEBORAH IVIE,                    CASE NO. **2:06-CV-0706 DAD**

13          Plaintiff,               STIPULATION AND ORDER
                                     REMANDING THE CASE TO THE
14     v.                            COMMISSIONER OF SOCIAL
                                     SECURITY AND DIRECTING THE
15  JO ANNE B. BARNHART,             CLERK TO ENTER JUDGMENT
    Commissioner of
16  Social Security,

17          Defendant.

18

19        IT IS HEREBY STIPULATED by the parties, through their

20  undersigned attorneys, and with the approval of the Court as

21  provided below, that the Commissioner has agreed to a voluntary

22  remand of this case pursuant to sentence four of 42 U.S.C. §§

23  405(g) and 1383(c)(3) for further proceedings.  On remand, the

24  Appeals Council will issue a fully favorable decision based on

25  the testimony of Dr. Herman.

26        It is further stipulated that the decision below is

27  hereby vacated and that the Clerk of this Court shall be directed

28  to enter a separate judgment herein, as provided for under Rules

1  58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to

2  Shalala v. Schaefer, 509 U.S. 292, 113 S. Ct. 2625 (1993).

3

4  DATE:  11/20/06                      /s/ Jesse S. Kaplan
                                    JESSE S. KAPLAN
5                                   Attorney at Law

6                                   Attorney for Plaintiff

7
   DATE:  11/20/06                   MCGREGOR W. SCOTT
8                                   United States Attorney
                                    BOBBIE J. MONTOYA
9                                   Assistant U.S. Attorney

10
                               By:  /s/ Mary P. Parnow
11                                  MARY P. PARNOW
                                    Special Assistant U.S. Attorney
12
                                    Attorneys for Defendant
13

14 Of Counsel:
   Lucille Gonzales Meis
15 Chief Counsel, Region IX
   United States Social Security Administration
16

17                              ORDER

18

19      This matter is remanded pursuant to the stipulation of

20 the parties.  The case is dismissed and the Clerk is directed to

21 enter Judgment.

22      SO ORDERED.

23 DATED: November 28, 2006.

24

25                                _____
                                  DALE A. DROZD
26                                UNITED STATES MAGISTRATE JUDGE

27

28 Ddad1/orders.socsec/ivie0706.stipord.remand

   Ivie v. Barnhart
   Stip & Order of Remand (Sentence 4)
   2:06-cv-0706 DAD                    2