```
McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone: (916) 554-2700
Fax: (916) 554-2900
MARY P. PARNOW
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (916) 977-8943
Fax: (415) 744-0134
Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH IVIE,<br><br>    Plaintiff,<br><br> v.<br><br>JO ANNE B. BARNHART,<br> Commissioner of<br> Social Security,<br><br>    Defendant. | CASE NO. **2:06-CV-00706-DAD**<br><br>STIPULATION AND ORDER RE SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT AND WITHDRAWAL OF PLAINTIFF'S DECEMBER 10, 2006 MOTION |

    It is stipulated by the parties through their undersigned counsel, with the Court's approval, that counsel for Plaintiff agrees to withdraw his motion filed December 10, 2006.  The parties further stipulate that counsel for Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of THREE THOUSAND TWO HUNDRED NINETY AND 00/100 DOLLARS ($3,290.00), for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby constituting a compromise

settlement for all fees under the EAJA in this action, but not constituting any admission of Defendant's liability under the EAJA in this action.

Payment of the amount specified above shall constitute a complete release from and bar to any and all claims of Plaintiff's counsel relating to EAJA fees in connection with this action, without prejudice to any future request for fees under the Social Security Act, 42 U.S.C. § 406(b).

DATE: January 10, 2007        /s/ Jesse S. Kaplan (as authorized on
                               January 9, 2007)
                               JESSE S. KAPLAN
                               Attorney at Law

                               Attorney for Plaintiff

DATE: January 10, 2007        McGREGOR W. SCOTT
                               United States Attorney
                               BOBBIE J. MONTOYA
                               Assistant U.S. Attorney

                          By:  /s/ Bobbie J. Montoya for
                               MARY P. PARNOW
                               Special Assistant U.S. Attorney

                               Attorneys for Defendant

OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION

ORDER

Pursuant to the stipulation of the parties, counsel for Plaintiff is hereby awarded attorney's fees pursuant to the Equal Access to Justice Act in the amount of $3,290.00, and Plaintiff's motion filed December 10, 2006 is withdrawn from consideration.

APPROVED AND SO ORDERED.

DATED: January 16, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.socsec/ivie0706.stipord.attyfees